HAARMAN–DE LAIRE–SCHAEFER CO. v. VAN DYK & CO. (Circuit Court of Appeals, Second Circuit. May 25, 1909.) No. 269. Appeal from the Circuit Court of the United States for the Southern District of New York. George H. Bruce, for appellant. Arthur von Briesen and Hans von Briesen, for appellee. Before LACOMBE, COXE, and WARD, Circuit Judges.

PER CURIAM. Decree (165 Fed. 934) affirmed, with costs.

---

HARDEE v. WHEELESS. (Circuit Court of Appeals, Fourth Circuit. June 20, 1908.) No. 831. Appeal from the District Court of the United States for the Eastern District of North Carolina, at Raleigh, in Bankruptcy. James H. Pou and T. T. Thorne, for appellant. Jacob Battle, for appellee.

PER CURIAM. Dismissed, under rule 20 (150 Fed. xxxi, 79 C. C. A. xxxi); costs to be paid by appellant. Stipulation of attorneys filed. See 161 Fed. 584.

---

HOGG v. HALSEY ELECTRIC GENERATOR CO. (Circuit Court of Appeals, Third Circuit. March 22, 1909.) No. 31. Petition for Revision of Proceedings of the District Court of the United States for the District of New Jersey. Adrian Riker, for petitioner. Robert H. McCarter, for respondent.

PER CURIAM. Stipulation of counsel to dismiss petition without costs to either party. See 163 Fed. 118.

---

KINNEY et al. v. HANLEY et al. (Circuit Court of Appeals, Ninth Circuit. May 3, 1909.) No. 1,644. Appeal from the Circuit Court of the United States for the Eastern Division of the Eastern District of Washington. O. C. Moore and W. T. Stoll, for appellants. Myron A. Folsom, for appellees. Before GILBERT, ROSS, and MORROW, Circuit Judges.

PER CURIAM. The complainants brought this suit as surviving heirs of W. A. Kinney, deceased, to establish an alleged trust in respect to an undivided one-eighth interest in a certain mine, called the "Skookum," and its proceeds; the complainants claiming to be entitled to one-half of the interest held by Hanley in that mine and to one-half of the proceeds received by him therefrom. The suit was not brought until about 16 years after Kinney's death and more than 6 years after Hanley acquired the interest in the Skookum claim. The case was submitted to the court below upon certain documentary evidence and the testimony of witnesses on behalf of the complainants and defendant taken in open court before the trial judge who found the proof insufficient in his opinion to justify a decree for the complainants. Counsel for the appellants concede that the case turns upon the credibility of conflicting testimony and the weight of the evidence. A careful consideration of the record satisfies us that we would not be justified in reversing the judgment of the court below, especially in view of the staleness of the demand. The judgment is affirmed.

---

MORSE v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. April 19, 1909.) In Error to the Circuit Court of the United States for the Southern District of New York. See, also, 161 Fed. 429; 164 Fed. 1023; 168 Fed. 49. Henry L. Stimson, for the motion. Martin W. Littleton, opposed. Before LACOMBE, WARD, and NOYES, Circuit Judges.

PER CURIAM. The motion of the district attorney to set the appeal now for argument at the May session, and, in case of opposition to such disposition to vacate the stay, is denied. If plaintiff in error wishes to apply for a hearing on any day prior to June 30th, we will hear such application on May 10th, and then fix a day for such hearing.